IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE BROCK GRUBB,<br><br>Defendant. | CR 09-30-BU-DWM<br><br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

This matter comes before the Court on the United States' Motion for

Preliminary Order of Forfeiture.  The Court having read said Motion and being

fully advised in the premises finds:

1

Defendant Jamie Brock Grubb entered a plea of guilty which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2253;

That prior to the disposition of the asset, the United States Marshals Service, or its designated sub-custodian, is required to seize the forfeited property. In addition, 18 U.S.C. § 2253(m) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice, of the forfeiture and the United States' intent to dispose of the property;

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Motion for Preliminary Order of Forfeiture (dkt #71) is GRANTED;

THAT Defendant Jamie Brock Grubb's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253:

> Dell Inspiron 531 desktop computer, serial number 6CPL1F1; and,
> HP Pavilion laptop computer, serial number CND6090F7W.

THAT the United States Marshal's Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make your return as provided by law;

2

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 18, United States Code, Section 982(b)(1) and Title 21, United States Code, Section 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(m), in which all interests will be addressed.

DATED this 1st day of October, 2010.


_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT