IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09–30–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JAMIE BROCK GRUBB, | |
| Defendant. | |

The Defendant Jamie Brock Grubb having moved unopposed to continue his final hearing on revocation,

IT IS ORDERED that the defendant's motion (Doc. 102) is GRANTED.

IT IS FURTHER ORDERED that this matter is referred to United States Magistrate Judge Jeremiah C. Lynch for the limited purpose of conducting the revocation, at a date and time set by Judge Lynch.

DATED this 19th day of September, 2017.

Donald W. Molloy, District Judge
United States District Court

-1-